# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

------------------------------------------------------------

SHIVA STEIN,                                        :
                                                    :
      Plaintiff,                                  :  Case No. 1:20-cv-01605-CFC
                                                    :
v.                                                  :
                                                    :
HD SUPPLY HOLDINGS, INC., JOSEPH J.                 :
DEANGELO, KATHLEEN J. AFFELDT,                      :
PETER A. DORSMAN, STEPHEN J.                        :
KONENKAMP, MILFORD W. MCGUIRT,                      :
PATRICK R. MCNAMEE, SCOTT                           :
OSTFELD, CHARLES W. PEFFER, JAMES                   :
A. RUBRIGHT, and LAUREN TAYLOR                      :
WOLFE,                                              :
                                                    :
      Defendants.                                 :

------------------------------------------------------------

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

| | |
|---|---|
| Dated: December 18, 2020 | **RIGRODSKY & LONG, P.A.** |
| | By: */s/ Gina M. Serra* |
| | Seth D. Rigrodsky (#3147) |
| | Brian D. Long (#4347) |
| **OF COUNSEL:** | Gina M. Serra (#5387) |
| | 300 Delaware Avenue, Suite 210 |
| **WOLF HALDENSTEIN ADLER** | Wilmington, DE 19801 |
| **FREEMAN & HERZ LLP** | Telephone: (302) 295-5310 |
| Gloria Kui Melwani | Facsimile: (302) 654-7530 |
| 270 Madison Avenue | Email: sdr@rl-legal.com |
| New York, NY 10016 | Email: bdl@rl-legal.com |
| Telephone: (212) 545-4600 | Email: gms@rl-legal.com |
| Facsimile: (212) 686-0114 | |
| Email: melwani@whafh.com | *Attorneys for Plaintiff* |